BOND SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**ANGELO D. CATALANO, ESQ.**
acatalano@bsk.com
P: 315.218.8083

October 27, 2026

**VIA ELECTRONIC FILING**

Hon. Miroslav Lovric, U.S. Magistrate Judge
Northern District of New York
15 Henry Street
Binghamton, NY 13901

Re: *Tompkins v. Cornell Cooperative Extension Delaware County, et. al.*
*Case No. 3:25-cv-00909-AJB-ML*

Dear Judge Lovric:

As you know, this firm represents Defendants Cornell Cooperative Extension of Delaware County in connection with the above-referenced matter. On October 26, 2026, the parties received notice that the status conference was rescheduled to November 3, 2026, at 2:30 p.m. Unfortunately, the rescheduled time conflicts with defense counsel's schedule. Accordingly, all parties jointly request an adjournment of the status conference. The parties are mutually available on the following dates and times:

- November 4, 2026 – 9:30 AM – 12:00 PM
- November 17, 2026 – 9:30 AM – 12:00 PM
- November 19, 2026 – 9:30 AM – 5:00 PM
- November 20, 2026 – 9:30 AM – 5:00 PM

Thank you for your consideration.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Angelo D. Catalano

AC/aaz

cc: Conrad R Wolan via email (wolan@millercanfield.com, aho@millercanfield.com) and Gennady Litvin via email (glitvin@mosheslaw.com)